UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VIRGIL GRIFFIN, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 1:19-cv-00882-JPH-MPB |
| C. EVANS, et al. | ) ) ) |
| Defendants. | ) |

**Order Denying Motion to Transfer Case to Another Judge**

Plaintiff, Virgil Griffin, has filed a motion asking that this case be transferred to another judge due to the delay in ruling on the pending motions for summary judgment. Dkt. 224. This motion is understood to be a motion to recuse.

As applicable here, a federal judge must recuse himself in two situations: (1) "in any proceeding in which his impartiality might reasonably be questioned"; or (2) in any proceeding "[w]here he has a personal bias or prejudice concerning a party[] or personal knowledge of disputed evidentiary facts concerning the proceeding." 28 U.S.C. § 455(a), (b)(1). Mr. Griffin's concerns about the delay in resolving the motions for summary judgment implicate neither of these situations. Thus, his motion to transfer case to another judge, dkt. [224], is **denied**.

**SO ORDERED.**

Date: 8/23/2021

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

VIRGIL GRIFFIN
998996
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

Brandyn Lee Arnold
INDIANA ATTORNEY GENERAL
brandyn.arnold@atg.in.gov

Douglass R. Bitner
KATZ  KORIN CUNNINGHAM, P.C.
dbitner@kkclegal.com

Rachel D. Johnson
KATZ  KORIN CUNNINGHAM, P.C.
rjohnson@kkclegal.com